WILMINGTON SASH AND DOOR COMPANY, a corporation of the State of Delaware, *vs.* GEORGE W. TAYLOR and ALBERTUS B. STAYTON, a co-partnership.

CORPORATIONS—ACTIONS—AFFIDAVIT OF DEMAND—SUFFICIENCY.

An affidavit of demand in an action by a corporation on a book account, made by the treasurer, was insufficient, where the treasurer did not swear therein that he was treasurer of plaintiff corporation; the affidavit merely reciting that a person named, described as treasurer of the corporation, "personally comes" before the notary and deposes, etc.

(*November* 29, 1911.)

Judges BOYCE and RICE sitting.

*Lilburne Chandler* for plaintiff.

*Hugh M. Morris*, (of *Saulsbury, Ponder* and *Morris*) for defendant Stayton.

Superior Court, New Castle County, November Term, 1911.

SUMMONS CASE (No. 71, November Term, 1911).

Motion that judgment be refused, notwithstanding affidavit of demand. The affidavit of demand, omitting the caption, accompanied by bill of particulars, was in the following form:

"State of Delaware, }

New Castle County. } ss.

"Before me, Lawrence J. Broman, a Notary Public for the

Statement—Judgment.

State of Delaware, personally comes Saunders C. Dillon, Treasurer of the Wilmington Sash and Door Company, the plaintiff above named, who being by me duly sworn according to law, deposes and says, that annexed hereto is a true and correct copy of the book account and list of goods sold and delivered to defendants above named sued upon in this action; that the sum demanded of the said defendants is the sum of three hundred and forty-five dollars and forty-five cents ($345.45), with interest thereon from the twenty-ninth day of October, A. D. 1908, and that the plaintiff is a corporation of the State of Delaware, and said deponent further says, that he verily believes that the aforementioned sum of money is justly and truly due from the said defendants to the said plaintiff and has to be admitted due said plaintiff by said defendant within three years.

(Signed) "SAUNDERS C. DILLON,

"*Treasurer*."

(Notary's Seal.)

(Notary's Jurat.)

BOYCE, J.:—The affiant did not swear that he is the treasurer of the plaintiff corporation.    We adhere to and follow the decision made in the case of *St. Joseph's Soc. vs. St. Hedwig's Church*, 3 *Penn.* 229.

The affidavit of demand being defective and insufficient, judgment is refused this term.